MABEL E. SPENCER, Respondent, v. LEE SPENCER, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

FRANK H. STIGGINS, Appellant, v. FRANKLIN M. NICHOLL, Respondent.— Order affirmed, without costs of this appeal to either party. All concur. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. KATHERINE MALINOWSKI, Appellant.— Judgment of conviction and order affirmed. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

FLOWER CITY BEEF COMPANY, Respondent, v. JOSEPH AMDOURSKY, Appellant. — Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

LEONA GRESIAK, by JOSEPH GRESIAK, Her Guardian ad Litem, Respondent, v. LUTHER B. ELLIOTT, Appellant.— Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

JESSIE O. GREENLUND, Appellant, v. BELLE GREENLUND FENNER, Individually, and JAMES R. FENNER, Executor, etc., of LUCY VIOLA GREENLUND, Deceased, Respondents.— Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

JESSIE O. GREENLUND, Appellant, v. BELLE GREENLUND FENNER, Individually, and JAMES R. FENNER, Executor, etc., of LUCY VIOLA GREENLUND, Deceased, Respondents.— Order affirmed, with ten dollars costs and disbursements, upon the opinion of Norton, J., delivered at Special Term. [Reported in 127 Misc. 295.] All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. PETER D'ANDREO, Appellant, v. W. BERTRAM PAGE, Respondent.— Order affirmed. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

THE TRAVELERS INDEMNITY COMPANY, Respondent, v. JACK GREEN, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

THE TRAVELERS INDEMNITY COMPANY, Respondent, v. JACK GREEN, Appellant.— Order affirmed, without costs of this appeal to either party. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

JOHN B. BURNS, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

GLADYS V. BURNS, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WALTER GROOM, Appellant.— Judgment of conviction affirmed. All concur. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CZESLAW or CHESTER GACZEWSKI and Another, Appellants.— Motion for reargument denied. The question now urged upon us, relating to the form of the sentence, was argued, briefed and fully considered by the court on the appeal. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

MARY C. MIDDENDORF, as Administratrix, etc., of FRANK X. MIDDENDORF,